U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Jul 24 - 2025**

John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.  5:25-cr-302 GTS) |
| ) | |
| **v.** ) | **Indictment** |
| ) | |
| **ZIAIR DUNLAP,** ) | Violations:  21 U.S.C. § 841(a)(1) |
| ) | [Distribution of a Controlled |
| **Defendant.** ) | Substance] |
| ) | |
| ) | |
| ) | 3 Counts and Forfeiture Allegation |
| ) | |
| ) | County of Offense:    Onondaga |

**THE GRAND JURY CHARGES:**

### COUNT 1
### [Distribution of a Controlled Substance]

On or about October 3, 2023, in Onondaga County in the Northern District of New York, the defendant, **ZIAIR DUNLAP**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

### COUNT 2
### [Distribution of a Controlled Substance]

On or about October 12, 2023, in Onondaga County in the Northern District of New York, the defendant, **ZIAIR DUNLAP**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 3
### [Distribution of a Controlled Substance]

On or about November 1, 2023, in Onondaga County in the Northern District of New York, the defendant, **ZIAIR DUNLAP**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in Counts 1 through 3, the defendant, **ZIAIR DUNLAP**, shall forfeit to the United States of America any property constituting, and derived from, any proceeds obtained, directly and indirectly, as the result of such offenses and any property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of the offenses.

The property to be forfeited includes, but is not limited to, a money judgment in the amount of $2,550 representing the missing proceeds of the offenses.

### Substitute Assets

If the property described in the Forfeiture Allegation set forth above as being subject to forfeiture, as the result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with a third party;

2

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeiture money judgment.

Dated:    July 24, 2025

A TRUE BILL,

Grand Jury Foreperson

\*\* Grand Jury Foreperson name redacted \*\*

JOHN A. SARCONE III
Acting United States Attorney

By:

MATTHEW J. McCROBIE
Assistant United States Attorney
Bar Roll No. 702739

3