# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

April 29, 2026

Honorable Glenn T. Suddaby
United States District Court
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

**RE:    UNITED STATES V. ZIAIR DUNLAP**
**CASE NO. 5:25-CR-0302 (GTS)**

Dear Judge Suddaby:

The above matter is currently scheduled for a change of plea on May 5, 2026. I write to request an adjournment of the hearing without date as the parties are continuing to explore a possible alternative disposition. I have notified the government of my request prior to filing.

Thank you for your consideration.

Respectfully,

OFFICE OF FEDERAL PUBLIC DEFENDER

*s/ Anne LaFex*
Assistant Federal Public Defender

Cc:  Matthew McCrobie, AUSA (via ECF)