# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

May 22, 2026

Honorable Glenn T. Suddaby
United States District Judge
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

> Re:    UNITED STATES V. ZIAIR DUNLAP
> Case Number 25-CR-0302 (GTS)

Dear Judge Suddaby:

Pursuant to the last order issued by the Court, this case is scheduled for trial on June 15, 2026, and pretrial submissions and motions in limine are due on May 26, 2026. Until earlier this week, Mr. Dunlap's request to the United States Attorney's Office for acceptance into the PATH Diversion Program was pending. The defense learned on Tuesday of this week that the request was denied.

Defense counsel is scheduled to be in training all next week, and in preparation for being out of the office, I have not had a meaningful opportunity to discuss the consequences of the USAO's denial with Mr. Dunlap. Although the defense does not anticipate requiring a trial in this matter, out of an abundance of caution and to avoid any non-compliance, we respectfully request that the pretrial submission deadline be adjourned until June 5, 2026. On or before that date, counsel will notify the government and the Court how the defense will proceed.

Thank you for your consideration.

Respectfully,

*/s Anne LaFex*
Assistant Federal Public Defender

cc:    Matthew J. McCrobie, AUSA (via ECF)