# EXHIBIT A
# PATH Guidelines

**Introducing NDNY's New Pretrial Diversion Program**

# PATH (Providing Alternatives That Help)

## New Diversion Options: Track 1 and Track 2

In addition to our traditional diversion program where eligible defendants are never charged if they successfully complete pretrial diversion, we now have two additional pretrial diversion program options: Track 1 and Track 2. Both options will require the defendant to sign a binding plea agreement outlining the terms of the diversion program and plead guilty before entering the program. A diversion contract will be appended to the plea agreement listing the standard and special conditions of the program.

When a Track 1 defendant successfully completes the diversion program, he/she will be permitted to withdraw his/her guilty plea and the charges will be dismissed. When a Track 2 defendant successfully completes the diversion program, a non-jail sentence will be imposed by the Court.

The objectives of PATH are to prevent future criminal activity and to promote rehabilitation, while allowing defendants to avoid conviction and/or avoid incarceration.

## USAO and USPO Contacts

Tamara Thomson is the PATH Coordinator for the U.S. Attorney's Office and Janna Kulakowski is the PATH Coordinator for the Probation Office.

## USAO Approval Process

All requests for PATH, whether from the AUSA, defense counsel, or the probation office, will be reviewed by the U.S. Attorney with recommendations from the AUSA, Team Leader, the USAO PATH Coordinator, the Criminal Chief, and the First Assistant U.S. Attorney.  The first step in the process is for the assigned AUSA to draft a memorandum with a recommendation for PATH and for what option (Track 1 or Track 2). The AUSA must review Section 9-22.100 of the Justice Manual, for selection criteria relating to diversion candidates.[1]

---

[1] Absent approval by the Office of the Deputy Attorney General, any pretrial diversion program created by a U.S. Attorney's Office shall exclude any individual who is:
1. Accused of an offense related to child exploitation or child pornography, or an offense involving sexual abuse or sexual assault;
2. Accused of an offense resulting in serious bodily injury or death;
3. Accused of an offense involving brandishing or use of a firearm or other deadly weapon;
4. A public official or former public official accused of an offense arising out of an alleged violation of a public trust;
5. Accused of an offense related to national security, including terrorism offenses, or foreign affairs; or
6. Accused of an offense in connection with which the individual held a significant managerial role in a large-scale criminal organization or in a violent gang.

**<u>Letter to the Probation Office</u>**

After the U.S. Attorney approves a defendant for PATH, the AUSA will draft a letter to the Probation Office recommending diversion and requesting a diversion investigation.

**<u>Probation Officer Diversion Investigation</u>**

The Probation Office will complete the investigation within 90 days. Once completed, the investigation will be sent to the AUSA, the USAO PATH Coordinator, the USPO PATH Coordinator, and defense counsel. The Probation Office will then schedule a meeting with the AUSA, PATH coordinators, and defense counsel to review the investigation, assessment, and recommendation. If the Probation Office recommends diversion, the investigation will include individualized special conditions to address the defendant's criminal thinking/behavior. These special conditions will be discussed, amended if necessary, and finalized during this initial meeting.

**<u>Diversion Contract & Plea Agreement</u>**

After the initial meeting, the AUSA will provide the PATH diversion contract and the plea agreement to all parties for signature. Once signed, the documents will be sent to the Court and a plea hearing will be requested.

**<u>Term of Diversion Supervision</u>**

The typical term of diversion will last 12 months. The term may be extended but will not exceed 24 months.

The supervision term will begin when the defendant enters a guilty plea. For defendants who have already been indicted, either the assigned Judge or a District Judge otherwise designated, will accept the guilty plea. For defendants who have not yet been indicted, we are waiting for the Board of Judges to decide whether these cases will be assigned to a specific Judge in Syracuse and Albany or to all District Judges.

For both diversion tracks, the Court will have quarterly status conferences with the defendant during the diversion term. Status conferences will involve the defendant, defense counsel, the probation officer, and the USAO PATH Coordinator and/or AUSA. The purpose of the status conference is to discuss the defendant's progress and compliance. Court appearances may increase depending on the defendant's performance.

**<u>Completion of the Program</u>**

When a Track 1 defendant successfully completes the program, the AUSA will move to dismiss the case. When a Track 2 defendant successfully completes the program, a non-jail sentence will be imposed by the Court.

If a Track 1 or Track 2 defendant does not successfully complete the program, the AUSA will move to proceed to sentencing and will recommend an appropriate sentence. Removal from the program, whether voluntary or involuntary, will not constitute grounds for withdrawal of the defendant's guilty plea.