UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES

          v.

ZIAIR DUNLAP,

               Defendant.

———————————————————————

Case No. 5:25-CR-0302 (GTS)

**LaFex Declaration**

I, Anne L. LaFex, declare under penalty of perjury:

1. I am an Assistant Federal Public Defender in the Office of the Federal Public Defender for the Northern District of New York.

2. The Office of the Federal Public Defender was appointed to represent the defendant in this case, Ziair Dunlap, on July 30, 2025.

3. I was assigned to the case and filed my notice of appearance on August 4, 2025.

4. After a detention hearing, Mr. Dunlap was released on pretrial conditions and supervision on August 4, 2025.

5. I received discovery from the United States Attorney's Office for the Northern District of New York (USAO NDNY) on August 1, 2025, August 27, 2025, and November 8, 2025.

6. In November 2025, I communicated to the assigned Assistant United States Attorney my intention to apply for Mr. Dunlap's admission in the USAO NDNY's Providing Alternatives That Help (PATH) program.

7. PATH was instituted in the USAO NDNY by former United States Attorney Carla Freedman.

8. PATH is described in a publication by the USAO NDNY as a "pretrial diversion program" that has two "tracks" available to defendants that are accepted. Exhibit A. If admitted to the program, the defendant is required to sign a binding plea agreement and plead guilty before entering the program. *Id.* If admitted to "Track 1" and the defendant successfully completes the requirements of the program, he is permitted to withdraw his guilty plea and the charges are dismissed against him. *Id.* If admitted to "Track 2" and the defendant successfully completes the program, the Court imposes a non-jail sentence. *Id.*

9. According to the same publication, "[a]ll requests for PATH, will be reviewed by the U.S. Attorney with recommendations from the AUSA, Team Leader, the USAO PATH Coordinator, the Criminal Chief, and the First Assistant U.S. Attorney." Exhibit A. Only the U.S. Attorney has the authority to approve a defendant for PATH. *Id.*

10. The same publication includes the following language regarding criteria that would make a defendant automatically excludable from PATH:

Absent approval by the Office of the Deputy Attorney General, any pretrial diversion program created by a U.S. Attorney's Office shall exclude any individual who is:

1. Accused of an offense related to child exploitation or child pornography, or an offense involving sexual abuse or sexual assault;
2. Accused of an offense resulting in serious bodily injury or death;

3. Accused of an offense involving brandishing or use of a firearm or other deadly weapon;

4. A public official or former public official accused of an offense arising out of an alleged violation of a public trust;

5. Accused of an offense related to national security, including terrorism offenses, or foreign affairs; or

6. Accused of an offense in connection with which the individual held a significant managerial role in a large-scale criminal organization or in a violent gang.

Exhibit A.

11. Because Mr. Dunlap's case did not involve any of the above-referenced excludable criteria, I submitted Mr. Dunlap's application to PATH on December 5, 2025.

12. On February 9, 2026, the assigned AUSA communicated to me that the USAO NDNY rejected the PATH request for Mr. Dunlap, a decision that could have only been made by John A. Sarcone III.

13. In March 2026, I asked the USAO NDNY to reconsider Mr. Dunlap's PATH application. That process involved discussions with the assigned AUSA, the PATH Coordinator, and the Federal Public Defender.

14. On May 18, 2026, I received an email from the assigned AUSA indicating that the USAO NDNY "is not changing its decision on Dunlap's PATH application."

15. On May 20, 2026, I received further information from USAO NDNY that Mr. Sarcone denied Mr. Dunlap's PATH request.

DATED:     June 5, 2026                         */s Anne LaFex*

                                                Anne L. LaFex
                                                Assistant Federal Public Defender

2