UNITED STATES COURT OF APPEALS

FILED

JUN 1 2 2026

Catherine O'Hagan Wolfe, CLERK

SECOND CIRCUIT

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For the Purpose of Determining Certain Motions Filed in a Specific Matter*

Pursuant to 28 U.S.C. § 294(c), having determined that it is in the public interest, I hereby designate and assign the Honorable Lorna G. Schofield, a Senior Judge of the United States District Court for the Southern District of New York, to perform judicial duties in the United States District Court for the Northern District of New York in connection with the hearing and determination of pending and future motions concerning the disqualification of John A. Sarcone III and related relief in *United States of America v. Ziair Dunlap,* No. 25-cr-302. This designation is for such period as is necessary for the disposition of these motions and related matters. The designation is subject to extension as may further serve the public interest.

Dated: June 12, 2026

Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

cc: Hon. Brenda K. Sannes, Chief U.S.D.J., Northern District of New York
John M. Domurad, Clerk of Court, Northern District of New York
Hon. Laura Taylor Swain, Chief U.S.D.J. Southern District of New York
Tammi M. Hellwig, Clerk of Court, Southern District of New York
Michael Jordan, Second Circuit Executive

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

June 12_____, 20 26